G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 1394
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
**T: 702-384-7111 / F: 702-384-0605**
gma@albrightstoddard.com

MARK C. RIFKIN, ESQ. (*pro hac vice*)
JEAN Y. DU PONT, ESQ. (*pro hac vice)*
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue, 9th Floor
New York, New York 10016
**T: 212-545-4600**

BETSY C. MANIFOLD, ESQ. (*pro hac vice application pending*)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Symphony Towers, 750 B Street, Suite 1820
San Diego, California 92101
**T: 619-238-4599**

*Attorneys for Plaintiff Elizabeth Florence Emanuel*

AS Albright Stoddard Warnick & Albright

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Elizabeth Florence Emanuel,<br><br>Plaintiff,<br><br>v.<br><br>Sportbox Entertainment Group, Inc.; Astound Group; SEE Global Entertainment, Inc.; LV Exhibitions LP; and LV Exhibitions, Inc.,<br><br>Defendants. | Case No.: 2:26-cv-03629-CDS-MDC<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS SPORTBOX ENTERTAINMENT GROUP, INC., LV EXHIBITIONS LP, AND LV EXHIBITIONS INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT (FIRST REQUEST)** |

Plaintiff Elizabeth Florence Emanuel, through undersigned counsel, moves under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1 to extend the deadline for Sportbox Entertainment Group, Inc., LV Exhibitions LP,

Albright Stoddard Warnick & Albright

and LV Exhibitions Inc. (collectively, the "**Stipulating Defendants**") to answer or otherwise respond to the Complaint through December 24, 2026. Their counsel, Darren Heitner, requested the extension and confirmed their consent to the conditions described below.

1. Plaintiff filed the Complaint on November 2, 2026.

2. Plaintiff's service records reflect service of the Summons and Complaint on each Stipulating Defendant on November 3, 2026, establishing a November 24, 2026 response deadline under Plaintiff's position. Counsel for the Stipulating Defendants disputes that LV Exhibitions Inc. has been served.

3. On November 12, 2026, Darren Heitner requested a thirty-day extension for Sportbox Entertainment Group, Inc. On November 13, 2026, he confirmed that he also represents LV Exhibitions LP and LV Exhibitions Inc. and requested the same extended deadline for all three entities.

4. Good cause supports the extension. The Stipulating Defendants need additional time to complete arrangements for Nevada counsel, collect and review agreements and communications relevant to the allegations—including materials dating to 2019 and 2020 involving third parties—and prepare their responses.

5. This is the first request to extend these response deadlines. No prior extension has been granted. This request is made before November 24, 2026, in good faith and not for purposes of improper delay.

6. Subject to Court approval, each Stipulating Defendant shall have through and including December 24, 2026, to answer or otherwise respond to the Complaint.

7. Without resolving the parties' differing positions concerning prior service, LV Exhibitions Inc. authorizes Darren Heitner to accept service of its issued Summons and the Complaint by email at darren@heitnerlegal.com, with a copy to alan@heitnerlegal.com. Plaintiff shall transmit those documents on the date this Motion is

AS Albright Stoddard Warnick & Albright

filed, and LV Exhibitions Inc. accepts that transmission as service effective that date. This additional acceptance does not withdraw or supersede Plaintiff's position that service was completed on November 3, 2026. Regardless of the effective date of prior service, the agreed response deadline for LV Exhibitions Inc. is December 24, 2026.

8. As an express condition of the extension, each Stipulating Defendant authorizes Darren Heitner to accept service on its behalf and expressly consents to service by email at darren@heitnerlegal.com, with a copy to alan@heitnerlegal.com, of Plaintiff's anticipated application for a temporary restraining order, motion for preliminary injunction, supporting papers, and related notices and orders. The Stipulating Defendants will not object to such service on the ground that it was made by email through Mr. Heitner.

9. The extension applies solely to the Stipulating Defendants' deadline to answer or otherwise respond to the Complaint. It does not extend any deadline applicable to Astound Group or SEE Global Entertainment, Inc., stay discovery or other proceedings, or modify any other deadline.

10. The extension does not postpone Plaintiff's request for temporary or preliminary injunctive relief or extend any briefing or hearing deadline concerning that relief. Those deadlines remain governed by applicable rules and Court orders. Plaintiff reserves the right to seek expedited consideration, and the Stipulating Defendants reserve the right to oppose the requested relief.

11. Neither this Motion nor the extension constitutes a concession concerning the merits, irreparable harm, or the urgency or propriety of injunctive relief.

12. Except for the express agreements concerning service stated above, the parties preserve their existing claims, defenses, and objections, including any available defenses under Federal Rule of Civil Procedure 12(b) and any available objection to personal jurisdiction. This Motion does not revive any defense or objection previously waived.

Albright Stoddard Warnick & Albright

13. Mr. Heitner has advised that he intends to seek admission pro hac vice in coordination with Nevada counsel. His out-of-court communications and acceptance of service are not submitted as an appearance before the Court, and this Motion does not request or confer permission for him to practice before the Court without the required admission.

14. The parties respectfully request entry of the proposed order below.

Respectfully submitted,

DATED: this 19th day of November 2026

ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

By: *__/s/ G. Mark Albright__*
G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 1394
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
T: 702-384-7111 / F: 702-384-0605
gma@albrightstoddard.com

*Attorneys for Plaintiff Elizabeth Florence Emanuel*

AS Albright Stoddard Warnick & Albright

**ORDER**

Upon consideration of Plaintiff's unopposed Motion, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. Defendants Sportbox Entertainment Group, Inc., LV Exhibitions LP, and LV Exhibitions Inc. shall answer or otherwise respond to the Complaint on or before December 24, 2026.

2. This extension applies only to those defendants' responses to the Complaint. No other deadline is extended, and discovery and other proceedings are not stayed.

3. The extension does not postpone proceedings concerning temporary or preliminary injunctive relief or extend any applicable briefing or hearing deadline concerning that relief.

4. The agreements concerning acceptance of service and consent to email service in paragraphs 7 and 8 of the Motion are approved.

5. This Order does not adjudicate the validity or effective date of prior service, resolve any jurisdictional objection, revive any previously waived defense or objection, or admit any attorney to practice before this Court.

**IT IS SO ORDERED.**

DATED: November 23, 2026

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

By: */s/ G. Mark Albright*
G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 1394
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
T: 702-384-7111 / F: 702-384-0605
gma@albrightstoddard.com

*Attorneys for Plaintiff Elizabeth Florence Emanuel*

AS Albright Stoddard Warnick & Albright